IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA LEAL AND | § | |
| ELEAZAR LEAL | § | |
| | § | |
| V. | § | **CIVIL ACTION NO.** 5:15-cv-208 |
| | § | |
| | § | |
| NATIONWIDE GENERAL INSURANCE | § | |
| COMPANY | § | |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Cynthia Leal and Eleazar Leal hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Dismissal to constitute a final disposition of their claims.

    Respectfully submitted,

    **KETTERMAN ROWLAND & WESTLUND**
    16500 San Pedro, Suite 302
    San Antonio, Texas  78232
    Telephone:     (210) 490-7402
    Telefacsimile:  (210) 490-8372

BY:    */s/ Kevin S. Baker*
    KEVIN S. BAKER
    State Bar No. 00797799
    Kevin@krwlawyers.com
    DESIREE MARRUFO
    State Bar No. 24046351
    Desiree Marrufo
    Desiree@krwlawyers.com

    ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the above and foregoing was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing this 7th day of June, 2016.

  Patrick M. Kemp
  Segal McCambridge Singer Mahoney
  100 Congress Avenue, Suite 800
  Austin, Texas 78701
  Telephone:  (512) 476-7834
  Facsimile:   (512) 476-7832


            */s/ Kevin S. Baker*
            KEVIN S. BAKER