IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA LEAL AND ELEZAR LEAL | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:15-cv-208 |
| NATIONWIDE GENERAL | § | |
| INSURANCE COMPANY | § | |
| | § | |
| *Defendant*. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Cynthia and Elezar Leal ("Plaintiffs") and Defendant Nationwide General Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiffs move to dismiss the entire lawsuit with prejudice. Defendant agrees to the dismissal.

2. This case is not a class action, and a receiver has not been appointed.

3. This dismissal is with prejudice. The parties have agreed that each party will bear their own costs of suit.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin S. Baker* | */s/ Patrick M. Kemp* |
| Kevin S. Baker | Patrick M. Kemp |
| Texas Bar No. 00797799 | Texas Bar No. 24043751 |
| Desiree Marrufo | Southern District Bar No. 38513 |
| Texas Bar No. 24046351 | pkemp@smsm.com |
| Ketterman Rowland & Westlund | Robert G. Wall |
| 16500 San Pedro, Suite 302 | Texas Bar No. 24072411 |
| San Antonio, Texas 78232 | Southern District Bar No. 1117137 |
| Telephone (210) 490-7402 | rwall@smsm.com |
| Facsimile (210) 490-8372 | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| **ATTORNEYS FOR PLAINTIFFS CYNTHIA AND ELEZAR LEAL** | 100 Congress Ave., Suite 800 |
| | Austin, Texas 78701 |
| | Telephone (512) 476-7834 |
| | Facsimile (512) 476-7832 |
| | **ATTORNEYS FOR DEFENDANT, NATIONWIDE PROPERTY AND CASUALTY INSURANCE CO.** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 7th day of June, 2016 to:

Kevin S. Baker
Desiree Marrufo
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232

*/s/ Patrick M. Kemp*
Patrick M. Kemp